# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PARDALIS TECHNOLOGY LICENSING, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant. | Civil Action No. 2:22-cv-00452-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT IBM'S NOTICE OF COMPLIANCE

Pursuant to Local Rule CV-26(c), paragraph 2 of the Discovery Order (Dkt. 24) and the Fourth Amended Docket Control Order (Dkt. 88), Defendant International Business Machines Corporation ("IBM") hereby notifies the Court that it has served its required expert disclosures via electronic mail upon counsel of record for Plaintiff Pardalis Technology Licensing L.L.C.

| | |
|---|---|
| Dated: April 30, 2024 | By: <u>*/s/ Karim Oussayef by permission Andrea L. Fair*</u><br>Karim Oussayef, Lead Attorney (admitted *pro hac vice*)<br>Email: koussayef@desmaraisllp.com<br>Joze Welsh (admitted *pro hac vice*)<br>Email: jwelsh@desmaraisllp.com<br>Ryan Thorne (admitted *pro hac vice*)<br>Email: rthorne@desmaraisllp.com<br>Allan Carlsen (admitted *pro hac vice*)<br>Email: acarlsen@desmaraisllp.com<br>Douglas Etts (admitted *pro hac vice*)<br>Email: detts@desmaraisllp.com<br>**DESMARAIS LLP**<br>230 Park Avenue<br>New York, New York 10169<br>Telephone: 212-351-3400<br>Fax: 212-351-3401<br><br>*Of Counsel:*<br>Andrea L. Fair<br>Email: andrea@wsfirm.com<br>Texas Bar No. 24078488<br>**WARD, SMITH & HILL PLLC**<br>1507 Bill Owens Parkway<br>Longview, Texas 75604<br>Telephone: 903-757-6400<br>Fax: 903-757-2323<br><br>*Counsel for Defendant International Business Machines Corporation* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via email per Local Rule CV-5(a)(3) on April 30, 2024.

*/s/ Andrea L. Fair*
Andrea L. Fair