# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| PARDALIS TECHNOLOGY LICENSING, L.L.C., | Civil Action No. 2:22-cv-00452-JRG-RSP |
| Plaintiff, | |
| v. | Jury Trial Demanded |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | |
| Defendant. | |

**DECLARATION OF JANSON H. WESTMORELAND
IN SUPPORT OF PARDALIS TECHNOLOGY LICENSING, L.L.C.'S
MOTION FOR PARTIAL SUMMARY JUDGMENT OF VALIDITY**

Pursuant to 28 U.S.C. § 1746, I, Janson H. Westmoreland, declare as follows:

1.      My name is Janson H. Westmoreland. I am an attorney with the law firm of Nelson Bumgardner Conroy P.C., counsel of record for Plaintiff Pardalis Technology Licensing, L.L.C. ("Pardalis") in connection with the above-captioned matter.

2.      I submit this declaration in support of Pardalis's Motion for Partial Summary Judgment of Validity. I have personal knowledge of the facts and statements herein. I am competent to testify to the matters stated in this declaration, and each of the facts and statements set forth below are true and correct.

3.      Pursuant to L.R. 7(b), attached as Exhibit A is a true and correct copy of excerpts from IBM's Invalidity Contentions submitted by IBM in this case. Further, pursuant to L.R. 7(b), the cited portions of this exhibit have been highlighted.

1

4.      Pursuant to L.R. 7(b), attached as Exhibit B is a true and correct copy of excerpts from Pardalis's Request for a Certificate of Correction for the '668 patent that was submitted to the United States Patent and Trademark Office. Further, pursuant to L.R. 7(b), the cited portions of this exhibit have been highlighted.

5.      Pursuant to L.R. 7(b), attached as Exhibit C is a true and correct copy of excerpts from Pardalis's Request for a Certificate of Correction for the '000 patent that was submitted to the United States Patent and Trademark Office. Further, pursuant to L.R. 7(b), the cited portions of this exhibit have been highlighted.

6.      Pursuant to L.R. 7(b), attached as Exhibit D is a true and correct copy of excerpts from Pardalis's Request for a Certificate of Correction for the '902 patent that was submitted to the United States Patent and Trademark Office. Further, pursuant to L.R. 7(b), the cited portions of this exhibit have been highlighted.

7.      Pursuant to L.R. 7(b), attached as Exhibit E is a true and correct copy of excerpts from Pardalis's Request for a Certificate of Correction for the '790 patent that was submitted to the United States Patent and Trademark Office. Further, pursuant to L.R. 7(b), the cited portions of this exhibit have been highlighted.

8.      Pursuant to L.R. 7(b), attached as Exhibit F is a true and correct copy of the Certificate of Correction for the '902 patent issued by the United States Patent and Trademark Office.

9.      Pursuant to L.R. 7(b), attached as Exhibit G is a true and correct copy of the Certificate of Correction for the '790 patent issued by the United States Patent and Trademark Office.

10.    Pursuant to L.R. 7(b), attached as Exhibit H is a true and correct copy of U.S. Patent No. 6,671,696 titled "Informational Object Authoring and Distribution System." Further, pursuant to L.R. 7(b), the cited portions of this exhibit have been highlighted.

11.    Pursuant to L.R. 7(b), attached as Exhibit I is a true and correct copy of U.S. Patent No. 7,136,869 titled "Common Point Authoring System for Tracking and Authenticating Objects in a Distribution Chain." Further, pursuant to L.R. 7(b), the cited portions of this exhibit have been highlighted.

12.    Pursuant to L.R. 7(b), attached as Exhibit J is a true and correct copy of U.S. Patent No. 7,949,668 titled "Common Point Authoring System for the Complex Sharing of Hierarchically Authored Data Objects in a Distribution Chain." Further, pursuant to L.R. 7(b), the cited portions of this exhibit have been highlighted.

13.    Pursuant to L.R. 7(b), attached as Exhibit K is a true and correct copy of U.S. Patent No. 8,307,000 titled "Common Point Authoring System for the Complex Sharing of Hierarchically Authored Data Objects in a Distribution Chain." Further, pursuant to L.R. 7(b), the cited portions of this exhibit have been highlighted.

14.    Pursuant to L.R. 7(b), attached as Exhibit L is a true and correct copy of U.S. Patent No. 10,409,902 titled "Common Point Authoring System for the Complex Sharing of Hierarchically Authored Data Objects in a Distribution Chain." Further, pursuant to L.R. 7(b), the cited portions of this exhibit have been highlighted.

15.    Pursuant to L.R. 7(b), attached as Exhibit M is a true and correct copy of U.S. Patent No. 11,126,790 titled "Common Point Authoring System for the Complex Sharing of Hierarchically Authored Data Objects in a Distribution Chain." Further, pursuant to L.R. 7(b), the cited portions of this exhibit have been highlighted.

16.     Pursuant to L.R. 7(b), attached as Exhibit N is a true and correct copy of excerpts from IBM's Opening Expert Report of Don Turnbull, Ph.D., submitted by IBM in this case. Further, pursuant to L.R. 7(b), the cited portions of this exhibit have been highlighted.

17.     Pursuant to L.R. 7(b), attached as Exhibit O is a true and correct copy of excerpts from the Rebuttal Expert of Ryan Garlick, Ph.D., submitted by Pardalis in this case. Further, pursuant to L.R. 7(b), the cited portions of this exhibit have been highlighted.

18.     Pursuant to L.R. 7(b), attached as Exhibit P is a true and correct copy of excerpts the deposition of Steven L. Holcombe, which was taken on April 10, 2024. Further, pursuant to L.R. 7(b), the cited portions of this exhibit have been highlighted.

19.     Pursuant to L.R. 7(b), attached as Exhibit Q is a true and correct copy of excerpts the deposition of Kathleen Legako, which was taken on April 3, 2024. Further, pursuant to L.R. 7(b), the cited portions of this exhibit have been highlighted.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 28, 2024                             Janson H. Westmoreland

4