**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| PARDALIS TECHNOLOGY LICENSING, L.L.C., | § § § § § | CASE NO. 2:22-cv-00452-JRG-RSP |
| *Plaintiff,* | § § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| | § | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | § § § | |
| *Defendant.* | § | |

## VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

1

As used in this Verdict Form, the following terms have the following meanings:

- "**Pardalis**" refers to Plaintiff Pardalis Technology Licensing, L.L.C.
- "**IBM**" refers to Defendant International Business Machines Corporation.
- The "**'869 Patent**" refers to U.S. Patent No. 7,136,869.
- The "**'000 Patent**" refers to U.S. Patent No. 8,307,000.
- The "**Asserted Claims**" refers respectively, on a patent-by-patent basis, to claim 9 of the '869 patent; and claim 8 of the '000 patent.

<u>**IT IS VERY IMPORTANT THAT YOU FOLLOW THE**</u>

<u>**INSTRUCTIONS PROVIDED IN THIS VERDICT FORM**</u>

<u>**READ THEM CAREFULLY AND ENSURE THAT YOUR**</u>

<u>**VERDICT COMPLIES WITH THEM**</u>

**QUESTION NO. 1**

Did Pardalis prove by a preponderance of the evidence that IBM infringed the following Asserted Claims?

Answer "Yes" or "No" for **EACH** of the Asserted Claims listed below.

'869 Patent

Claim 9 of the '869 Patent:     Yes: _✓_     No: _____

'000 Patent

Claim 8 of the '000 Patent:     Yes: _✓_     No: _____

**QUESTION NO. 2**

Did IBM prove by clear and convincing evidence that the following Asserted Claims are invalid?

Answer "Yes" or "No" for **EACH** of the Asserted Claims listed below.

'869 Patent

Claim 9 of the '869 Patent:     Yes: ___     No: _✓_

'000 Patent

Claim 8 of the '000 Patent:     Yes: ___     No: _✓_

**If you answered "NO" to ALL Asserted Claims in Question 1, proceed to the Final Page of the Verdict Form and DO NOT answer Questions 3 and 4. However, you must still answer Question 2.**

**If you answered "YES" to ALL Asserted Claims in Question 2, proceed to the Final Page of the Verdict Form and DO NOT answer Questions 3 and 4.**

**ONLY answer Questions 3 and 4 if you answered: (1) "YES" to at least one claim in Question 1; and (2) "NO" for the same claim(s) in Question 2.**

## QUESTION NO. 3

If you found infringement, did Pardalis prove by a preponderance of the evidence that IBM infringed willfully?

Yes: \_\_\_\_    No: ✓

## QUESTION NO. 4

What amount of money, if paid now in cash, has Pardalis proven by a preponderance of the evidence would fairly and reasonably compensate Pardalis for its damages resulting from IBM's infringement?

Answer in United States Dollars and Cents, if any:

$ 19,500,000.00

5

## <u>FINAL PAGE OF THE JURY VERDICT FORM</u>

You have now reached the end of the Verdict Form and you should review it to ensure it accurately reflects your unanimous determinations.  The Jury Foreperson should then sign and date the Verdict Form in the spaces below.  Once this is done, notify the Court Security Officer that you have reached a verdict.  The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this 27 day of September, 2024.

_____
Jury Foreperson

6