✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF  TEXAS

Pardalis Technology Licensing, L.L.C.

v.

International Business Machines Corporation,

**DEFENDANT'S EXHIBIT AND WITNESS LIST**

Case Number: 2:22-CV-00452-JRG

| PRESIDING JUDGE<br>Honorable Judge Gilstrap | | | PLAINTIFF'S ATTORNEY<br>JUSTIN KIMBLE | | DEFENDANT'S ATTORNEY<br>KARIM OUSSAYEF |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>09/20/2024-09/27/2024 | | | COURT REPORTER<br>SHAWN MCROBERTS | | COURTROOM DEPUTY<br>ANDREA BRUNSON |
| DX.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| DX-0029* | | | 9/24/24 | Surety Documents<br>(U.S. Patent No, 5,136,646; U.S. Patent No. 5,136,647; U.S. Patent No. 5,781,629);<br>(IBM-PAR_00001182-IBM-PAR_00001189)<br>(IBM-PAR_00001173-IBM-PAR_00001181)<br>(IBM-PAR_00001190-IBM-PAR_00001208) | |
| DX-0032* | | | 9/24/24 | Surety Documents (Stuart Haber et al., How to Time-Stamp a Digital Document, JOURNAL OF CRYPTOLOGY 3, 99-111 (Jan. 1991); Stuart Haber et al., Improving the Efficiency and Reliability of Digital Time-Stamping (Mar. 1992); Stuart Haber et al., Secure Names for Bit-Strings, CCS '97: Proceedings of the 4th ACM Conference on Computer and Communications Security, 28-35 (Apr. 1997));<br>(IBM-PAR_00001154-IBM-PAR_00001166)<br>(IBM-PAR_00001167-IBM-PAR_00001172)<br>(IBM-PAR_00001209-IBM-PAR_00001216) | |
| DX-0035 | | | | Surety.com, WayBack Machine (Mar. 2, 2001),<br>https://web.archive.org/web/20010302035012/http:/www.surety.com/ | |
| DX-0036 | | | 9/26/24 | Secure Time/Date Stamping in a Public Key Infrastructure, SURETY.COM: WHITE PAPERS (at least as early as Mar. 2, 2001)<br>(IBM-PAR_00001256-IBM-PAR_00001269) | |
| DX-0037 | | | 9/24/24 | Dave Trowbridge, Imagine a Notary Stamp for Electronic Documents, Computer Technology Review (1995)<br>(STORNETTA-0000035-STORNETTA-0000036) | |
| DX-0049 | | | 9/24/24 | 2024-04-12 Hall-Ellis Declaration (with Exhibits and Attachments)<br>(IBM-PAR_00898529-IBM-PAR_00898592)<br>(IBM-PAR_00898051-IBM-PAR_00898528)<br>(IBM-PAR_00903546-IBM-PAR_00903597) | |
| DX-0050 | | | 9/24/24 | Elisa Bertino et al., A Temporal Access Control Mechanism for Database Systems, February 1996, IEEE Transactions on Knowledge and Data Engineering, Vol. 8, No.1.<br>(IBM-PAR_00757829-IBM-PAR_00757842) | |
| DX-0058* | | | | Patents (U.S. Patent No. 5,181,162 Smith; U.S. Patent No. 7,412,462 Margolus; U.S. Patent No. 8,260,806 Steele; U.S. Patent No. 5,899,998 McGauley; U.S. Patent No. 6,181,336 Chiu)<br>(IBM-PAR_00000629-IBM-PAR_00000642)<br>(IBM-PAR_00000321-IBM-PAR_00000350)<br>(IBM-PAR_00000351-IBM-PAR_00000374)<br>(IBM-PAR_00000001-IBM-PAR_00000028)<br>(IBM-PAR_00001035-IBM-PAR_00001104) | |
| DX-0089 | | | | Excerpt of OARS Grant Application, Project No. AR032-34<br>(PARDALIS_0004745-PARDALIS_0004784) | |
| DX-0091 | | | | Common Point Authoring System: Requirements Analysis and Architecture Spec V1.0 (CONFIDENTIAL)<br>(PARDALIS_0001729-PARDALIS_0001817) | |
| DX-0093 | | | | Presentation: Development Update Presentation to the Pardalis Board of Directors 2005-05-16 (CONFIDENTIAL)<br>(PARDALIS_0009842-PARDALIS_0009856) | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___2___ Pages

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Pardalis Technology Licensing, L.L.C. v. International Business Machines Corporation | | | | CASE NO. 2:22-CV-00452-JRG |
|---|---|---|---|---|
| DX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| DX-0112 | | | 9/20/24 | Email Exchange between D.C. Coston and K Ringwall re "NDSU as the Change Maker?" 2006-07-13 |
| DX-0117 | | | | Draft Memorandum of Understanding between Clinical Supplies Management and Pardalis (CONFIDENTIAL) (PARDALIS_0031971-PARDALIS_0031975) |
| DX-0129* | | | | Hyperledger Fabric Source Code and GitHub Documentation (Version 1.4, 2.0, 2.4) |
| DX-0132* | | | | IBM Blockchain Platform Source Code and GitHub Documentation (v1 and v2) |
| DX-0134 | | | | World Wire Source Code/GitHub Documentation |
| DX-0144 | | | | hyperledger-fabricdocs Documentation |
| DX-0169 | | | | Common Point Authoring System Source Code (CONFIDENTIAL) (PARDALIS_SC_0000001-PARDALIS_SC_0000164) |
| DX-0174* | | | | Stellar Developers Documentation and Stellar Core Data Flow |
| DX-0184 | | | 9/24/24 | IBM 2016-2023 Annual Reports |
| DX-0185 | | | | Pardalis Memo for Mar 8 2008_Teleconference (CONFIDENTIAL) (PARDALIS_0009610 - PARDALIS_0009614) |
| DX-0188 | | | | Blockchain Lost Customer Analysis Approach v1 (AEO) (IBM-PAR_00814611-IBM-PAR_00814613) |
| DX-0191 | | | 9/23/24 | Sales Spreadsheet (AEO) (IBM-PAR_00846757-IBM-PAR_00846757) |
| DX-0192 | | | 9/23/24 | Blockchain for Dummies (PARDALIS_0002381-PARDALIS_0002431) (PARDALIS_0001909-PARDALIS_0001958) |
| DX-0196 | | | | Billings Cloud Parts Spreadsheet (AEO) (IBM-PAR_00869491-IBM-PAR_00869491) |
| DX-0232* | | | | NIST Publications - Database Language SQL, https://nvlpubs.nist.gov/nistpubs/Legacy/FIPS/fipspub127-1987; SQL Environments, https://nvlpubs.nist.gov/nistpubs/Legacy/FIPS/fipspub193; Object Database Management Systems: Concepts and Features; https://nvlpubs.nist.gov/nistpubs/Legacy/SP/nistspecialpublication500-179.pdf (IBM-PAR_00902622-IBM-PAR_00902633) (IBM-PAR_00902634-IBM-PAR_00902709) (IBM-PAR_00903090-IBM-PAR_00903165) |
| DX-0244 | | | | A.P. Moller - Maersk and IBM to discontinue TradeLens, a blockchain-enabled global trade platform, https://www.maersk.com/news/articles/2022/11/29/maersk-and-ibm-to-discontinue-tradelens (IBM-PAR_00897597-IBM-PAR_00897598) |

Page ___2___ of ___2___ Pages